# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **TONYA M. CATRON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:08CV00043 |
| | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | By: James P. Jones |
| **COMMISSIONER** | ) | Chief United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the opinion accompanying this final judgment, it is

**ADJUDGED AND ORDERED** as follows:

1.    The objections to the magistrate judge's report and recommendation are **overruled**;

2.    The magistrate judge's report and recommendation is **accepted**;

3.    The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is **denied** and the motion for summary judgment by the plaintiff is **granted**;

4.    The final decision of the Commissioner is **vacated** and the case is **remanded** for calculation and payment of benefits; and

5.    The clerk is directed to close the case.

ENTER: August 1, 2009

/s/ JAMES P. JONES
Chief United States District Judge